90 F.2d 1004 (1937)
COMMISSIONER OF INTERNAL REVENUE, Petitioner,
v.
Preston R. BASSETT, Respondent.
No. 67.
Circuit Court of Appeals, Second Circuit.
June 14, 1937.
James W. Morris, Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, both of Washington, D. C., for petitioner.
Howard M. Bassett, of New York City, for respondent.
Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.
PER CURIAM.
Decision affirmed on authority of Helvering v. Morris, 90 F.(2d) 962, handed down herewith.